# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TONY ALLEN LOCASTRO**                                                   **PLAINTIFF**

**VS.**                                        C**IVIL ACTION NO.: 1:17-CV-187-M-P**

**WHITE COMMUNICATIONS, LLC**                                    **DEFENDANT**

## UNOPPOSED MOTION FOR ADDITIONAL TIME

Defendant, White Communications, LLC, by and through counsel, moves this Court for additional time to file a rebuttal to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 41) and Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment (Doc. 42) (collectively "Plaintiff's Response"), and in support thereof would show unto the Court the following:

1. Defendant filed a Motion for Summary Judgment (Doc. 39) with supporting memorandum (Doc. 40) on the 4th day of October, 2018. Plaintiff's Response to the motion was filed on October 18, 2018, thereby making Defendant's rebuttal due on October 25, 2018.

2. Due to a previously scheduled court appearance, Defendant's counsel is in need of additional time within which to complete Defendant's rebuttal. Therefore, Defendant requests an additional seven (7) days – up to and including November 1, 2018 – within which to file a rebuttal to Plaintiff's Response.

3. Counsel for Plaintiff has been contacted and has advised counsel for Defendant that he has no objection to this motion.

**RESPECTFULLY SUBMITTED**, this the 24th day of October, 2018.

            PHELPS DUNBAR LLP


      *BY:*  */s/Mark N. Halbert*
          Mark N. Halbert, MSB #100048
          Cynthia T. Lee, MSB#: 105067
          One Mississippi Plaza
          201 South Spring Street • Seventh Floor
          Tupelo, Mississippi 38804
          P. O. Box 1220
          Tupelo, Mississippi 38802-1220
          Telephone: (662) 842-7907
          Telecopier: (662) 842-3873
          Email: mark.halbert@phelps.com
            cynthia.lee@phelps.com

          ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, Mark N. Halbert, attorney for Defendant, do hereby certify that I have this date filed the above and foregoing document using the Court's electronic filing system (ECF), which sent notification of same to the following counsel of record for Plaintiff:

Jim Waide, Esq.
waide@waidelaw.com
knd@waidelaw.com
jwaide@waidelaw.com

Ron Woodruff, Esq.
rlw@waidelaw.com
knd@waidelaw.com
hfuller@waidelaw.com
waide@waidelaw.com

THIS the 24th day of October, 2018.

/s/Mark N. Halbert
Mark N. Halbert